No. 720, Misc. MORGAN. *v.* UNITED STATES. United States Court of Appeals for the District of Columbia Circuit. Certiorari denied. *Monroe H. Freedman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 838, Misc. MACK ET AL. *v.* LOUISIANA. Supreme Court of Louisiana. Certiorari denied. *James Domengeaux* for petitioners. *Jack P. F. Gremillion,* Attorney General of Louisiana, and *M. E. Culligan,* Assistant Attorney General, for respondent.

No. 844, Misc. BENT *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 944, Misc. KEENE *v.* HOLMAN, WARDEN. Supreme Court of Alabama. Certiorari denied. Petitioner *pro se. Richmond M. Flowers,* Attorney General of Alabama, and *John C. Tyson III,* Assistant Attorney General, for respondent.

No. 958, Misc. HOLLAND *v.* STRAWN, SHERIFF. Supreme Court of Oregon. Certiorari denied.

No. 1052, Misc. TOM *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied. Petitioner *pro se. Solicitor General Cox* for the United States.